The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL and ALLISON FETCHERO, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>AMICA MUTUAL INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | NO. 2:22-CV-00400-TL<br><br>AGREED ORDER TO AMEND COMPLAINT |

THIS MATTER having come before the Court on the Stipulation to Amend Complaint, and the Court having considered the briefing of the parties and the pleadings and paper on record, including:

1. Stipulated Motion to Amend Complaint; and
2. Exhibit attached thereto.

NOW therefore ORDERS:

1. The Agreed Motion to Amend Complaint is GRANTED;
2. The caption shall be in the form the Exhibit A as submitted; and
3. <u>Plaintiff shall file the Amended Complaint as proposed within **7 days** of the date of this order, by no later than **July 22, 2022**.</u>

AGREED ORDER TO AMEND COMPLAINT     Page 1
CASE NO. 2:22-CV-00400-TL

1  DONE IN COURT this 15th day of July 2022.

*[signature]*

Tana Lin
United States District Judge