UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL FETCHERO et al., <br><br> Plaintiff(s), <br><br> v. <br><br> AMICA MUTUAL INSURANCE COMPANY, <br><br> Defendant(s). | CASE NO. 2:22-cv-00400-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On November 28, 2022, the Parties filed a stipulated motion for leave to file Plaintiffs' second amended complaint. Dkt. No. 25. The stipulated motion includes Defendant's express written consent to the proposed amendments. *Id.*

(2) When a party is unable to amend its pleading before trial as a matter of course, the "party may amend its pleading only with the opposing party's written consent or the

court's leave." Fed. R. Civ. P. 15(a)(2). As Plaintiffs have written consent of the opposing party, the Court's leave is not required. *Fern v. U.S.*, 213 F.2d 674, 677 (9th Cir. 1954) ("Once the adverse party has consented to the amendment of a pleading, the court has no control over the matter under Rule 15(a).").

(3) Plaintiffs are therefore directed to file their amended complaint. Defendant shall then have **fourteen (14) days** from the date of filing to respond to the amended complaint. *See* Fed. R. Civ. P. 15(a)(3).

(4) The Clerk is directed to terminate the stipulated motion for leave to amend at Dkt. No 25.

Dated this 6th day of December 2022.

Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk