1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL FETCHERO and ALLISON FETCHERO,<br><br>Plaintiffs,<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:22-cv-400<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On November 27, 2023, the parties filed a notice of settlement. Dkt. No. 66. The Court STRIKES the remaining hearings, deadlines, and trial date. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

MINUTE ORDER - 1

Dated this 27th day of November 2023.

<u>Ravi Subramanian</u>

Clerk

<u>*/s/ Kathleen Albert*</u>

Deputy Clerk

MINUTE ORDER - 2