# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAMUEL FETCHERO and ALLISON FETCHERO, <br><br> Plaintiffs, <br><br> v. <br><br> AMICA MUTUAL INSURANCE COMPANY, a foreign insurance company, <br><br> Defendant. | CASE NO. 2:22-cv-400 <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On December 13, 2023, the parties filed a stipulation of dismissal. Dkt. No. 68. Accordingly, all claims are DISMISSED in their entirety with prejudice and without costs. The Court directs the Clerk to CLOSE this case.

Dated this 19th day of December 2023.

Ravi Subramanian
Clerk
/s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 1